```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

KEVIN CAMPBELL,

                Plaintiff,

    - against -

ZEROCATER, INC.,

                Defendant.

───────────────────────────────────────

23-cv-5742 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for a telephone conference on **September 20, 2023**, at **3:00 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    New York, New York
            August 31, 2023

                                          /s/ John G. Koeltl
                                           **John G. Koeltl**
                                  **United States District Judge**