```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

KEVIN CAMPBELL,

                 Plaintiff,           No. 23-cv-5742 (JGK)

        - against -                <u>ORDER</u>

ZEROCATER, Inc.,

                 Defendant.

------------------------------------------------------------

**JOHN G. KOELTL**, District Judge:

    The parties are directed to discuss the issue of arbitration and the costs covered by the plaintiff.

    The defendant should also provide the plaintiff with the calculations regarding the amount in controversy with respect to the defendant's motion to dismiss for lack of subject matter jurisdiction.

    Should the parties proceed, the defendant's motion is due **October 20, 2023**. The plaintiff's response is due **November 10, 2023**. The defendant's reply is due **November 21, 2023**.

**SO ORDERED.**

Dated:     New York, New York
            September 20, 2023

                                           /s/ John G. Koeltl
                                           John G. Koeltl
                                        **United States District Judge**