UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEVIN CAMPBELL,

               Plaintiff(s)

                                    23 civ 5742 (JGK)

    -against-

ZEROCATER, INC.,

               Defendant(s).
------------------------------------------------------------X

## ORDER

The November 7, 2023 conference is canceled.

**SO ORDERED.**

                                         _____
                                         **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 1, 2023