**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
KEVIN CAMPBELL, Individually and on Behalf
of All Others Similarly Situated,

                    Plaintiff,

    -against-                                              23 **CIVIL** 5742 (MMG)

## **JUDGMENT**

ZEROCATER, INC.,

                    Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2025, the Court has GRANTED Zerocater's motion to dismiss and DENIED Campbell's motion to vacate the Court's prior order and for sanctions; accordingly, the case is closed.

**Dated:**  New York, New York

      March 31, 2025

                                                                  **TAMMI M HELLWIG**
                                                                  **Clerk of Court**

                          **BY:**                      K. Mango

                                                                 **Deputy Clerk**